## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jason Allen Martin aka Jason Martin, aka Jason A. Martin | CHAPTER 13 |
| Debtor(s) | BKY. NO. 25-11491 DJB |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of LSF11 Master Participation Trust and index same on the master mailing list.

Respectfully submitted,

/s/ Denise Carlon

**Denise Carlon, Esq.**
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322
bkgroup@kmllawgroup.com