**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| **Jason Allen Martin** | : | Bankruptcy No. 25-11491-djb |

# O R D E R

**AND NOW**, upon consideration of the Debtor(s)' Motion to Extend the Automatic Stay beyond 30 days pursuant to 11 U.S.C. §362(c)(3)(B) (the "Motion"), it is hereby **ORDERED** that:

1. Pending further order of this court, the automatic stay is **EXTENDED** with respect to all creditors who were served with the Motion or Notice of the Motion and shall remain in effect until May 22, 2025, unless modified by the court in accordance with 11 U.S.C. 362(d) and Fed. R. Bankr. P. 4001(a).

2. A further hearing on the Motion shall be held on May 22, 2025 at 11:00 am in Bankruptcy Courtroom No. 2, 900 Market Street, Second Floor, Philadelphia PA 19107 to consider further extension of the automatic stay. Participants can choose to attend this hearing by video conference on ZoomGov.com with Join meeting ID: 161 0657 4791.

3. Counsel for Debtor shall serve this Order on all interested parties by Electronic Means and/or first-class mail.

Dated: April 28, 2025

_____
Derek J. Baker
Bankruptcy Judge