United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-11491-djb |
| Jason Allen Martin | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 28, 2025 | Form ID: pdf900 | Total Noticed: 14 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jason Allen Martin, 137 Whitehorse Drive, Honey Brook, PA 19344-1317 |
| 14998749 | + | JCPenny/Master Card, 301 N Walnut St, Floor 09, Wilmington, DE 19801-3971 |
| 14998750 | + | Jessica Maldonado, 137 Whitehorse Drive, Honey Brook, PA 19344-1317 |
| 14999497 | + | LSF 11 Master PArticipation Trust, C/O Denise Carlon, Esq., KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 29 2025 01:33:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 29 2025 01:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 29 2025 01:43:30 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14998744 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 29 2025 01:43:31 | Capital One, Po Box 85064, Glen Allen, VA 23058 |
| 14998745 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Apr 29 2025 01:43:30 | Capital One Auto, 3901 Dallas Pkwy, Plano, TX 75093-7864 |
| 14998746 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Apr 29 2025 01:43:49 | Capital One Auto Finance, 3901 Dallas Pkwy, Plano, TX 75093-7864 |
| 15001038 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 29 2025 01:43:16 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14998747 | ^ | MEBN | Apr 29 2025 01:29:50 | Chrysler Capital, PO Box 961272, Fort Worth, TX 76161-0272 |
| 14998748 | | Email/Text: mrdiscen@discover.com | Apr 29 2025 01:32:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850 |
| 14998751 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 29 2025 01:33:00 | Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Apr 28, 2025 | Form ID: pdf900 | Total Noticed: 14

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| AMY LYNN BENNECOFF GINSBURG | on behalf of Debtor Jason Allen Martin efilings@ginsburglawgroup.com  ginsburglaw@ecf.courtdrive.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor LSF11 MASTER PARTICIPATION TRUST bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                          :        Chapter 13

**Jason Allen Martin**                          :        Bankruptcy No. 25-11491-djb

## O R D E R

**AND NOW**, upon consideration of the Debtor(s)' Motion to Extend the Automatic Stay beyond 30 days pursuant to 11 U.S.C. §362(c)(3)(B) (the "Motion"), it is hereby **ORDERED** that:

1. Pending further order of this court, the automatic stay is **EXTENDED** with respect to all creditors who were served with the Motion or Notice of the Motion and shall remain in effect until May 22, 2025, unless modified by the court in accordance with 11 U.S.C. 362(d) and Fed. R. Bankr. P. 4001(a).

2. A further hearing on the Motion shall be held on May 22, 2025 at 11:00 am in Bankruptcy Courtroom No. 2, 900 Market Street, Second Floor, Philadelphia PA 19107 to consider further extension of the automatic stay. Participants can choose to attend this hearing by video conference on ZoomGov.com with Join meeting ID: 161 0657 4791 .

3. Counsel for Debtor shall serve this Order on all interested parties by Electronic Means and/or first-class mail.

Dated: April 28, 2025

_____
Derek J. Baker
Bankruptcy Judge