**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Jason Allen Martin | : | Bankruptcy No. 25-11491 DJB |
| | : | |
| Debtor | : | |

**ORDER**

**AND NOW**, upon consideration of the matter which was set for hearing on May 22, 2025, present to the Debtor(s)' pleading [Dkt. No. 6] the Motion to Extend the Automatic Stay beyond 30 days under 11 U.S.C. § 362(c)(3)(B) and for the reasons stated on the record at said hearing it is hereby ORDERED: the Motion is GRANTED, and the automatic stay will remain in effect as to all creditors who were served with notice of the Motion, without prejudice to the rights of creditors to seek relief from the automatic stay

_____

Dated: May 23, 2025

Derek J. Baker
U.S. BANKRUPTCY JUDGE