IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: JASON ALLEN MARTIN | ) |
| **Debtor(s)** | ) |
| | ) CHAPTER 13 |
| SANTANDER CONSUMER USA INC. | ) |
| dba CHRYSLER CAPITAL | ) Case No.: 25-11491 (DJB) |
| **Moving Party** | ) |
| | ) |
| v. | ) **Hearing Date: 6-26-25 at 11:00 AM** |
| | ) |
| JASON ALLEN MARTIN | ) 11 U.S.C. 362 |
| **Respondent(s)** | ) |
| | ) |
| KENNETH E. WEST | ) |
| **Trustee** | ) |

### AMENDED ORDER MODIFYING THE AUTOMATIC STAY AS TO PERSONAL PROPERTY

Upon the Motion of Santander Consumer USA Inc. dba Chrysler Capital, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is modified to permit the movant to pursue the movant's rights in the personal property described as a **2021 Jeep Grand Cherokee** bearing vehicle identification number 1C4RJKBGXM8112578 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Date:    **June 26, 2025**

_____
UNITED STATES BANKRUPTCY JUDGE