United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-11491-djb |
| Jason Allen Martin | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 26, 2025 | Form ID: pdf900 | Total Noticed: 6 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jason Allen Martin, 137 Whitehorse Drive, Honey Brook, PA 19344-1317 |
| 15013298 | + | Santander Consumer USA, C/O William E. Craig, Esquire, Eisenberg Gold & Agrawal, P.C., 1040 Kings Hwy N #200, Cherry Hill, NJ 08034-1925 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 27 2025 00:37:00 | Santander Consumer USA Inc. dba Chrysler Capital, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 27 2025 00:37:00 | Santander Consumer USA Inc. dba Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 14998747 | ^ | MEBN | Jun 27 2025 00:29:27 | Chrysler Capital, PO Box 961272, Fort Worth, TX 76161-0272 |
| 15006254 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 27 2025 00:37:00 | Santander Consumer USA, Inc., d/b/a Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2025                Signature:    /s/Gustava Winters

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 26, 2025 | Form ID: pdf900 | Total Noticed: 6 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2025 at the address(es) listed below:**

**Name**     **Email Address**

AMY LYNN BENNECOFF GINSBURG
   on behalf of Debtor Jason Allen Martin efilings@ginsburglawgroup.com  ginsburglaw@ecf.courtdrive.com

DENISE ELIZABETH CARLON
   on behalf of Creditor LSF11 MASTER PARTICIPATION TRUST bkgroup@kmllawgroup.com

KENNETH E. WEST
   on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
   ecfemails@ph13trustee.com  philaecf@gmail.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
   on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: JASON ALLEN MARTIN ) | |
| **Debtor(s)** ) | |
| ) | CHAPTER 13 |
| SANTANDER CONSUMER USA INC. ) | |
| dba CHRYSLER CAPITAL ) | Case No.: 25-11491 (DJB) |
| **Moving Party** ) | |
| ) | |
| v. ) | **Hearing Date: 6-26-25 at 11:00 AM** |
| ) | |
| JASON ALLEN MARTIN ) | 11 U.S.C. 362 |
| **Respondent(s)** ) | |
| ) | |
| KENNETH E. WEST ) | |
| **Trustee** ) | |

### AMENDED ORDER MODIFYING THE AUTOMATIC STAY AS TO PERSONAL PROPERTY

Upon the Motion of Santander Consumer USA Inc. dba Chrysler Capital, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is modified to permit the movant to pursue the movant's rights in the personal property described as a **2021 Jeep Grand Cherokee** bearing vehicle identification number 1C4RJKBGXM8112578 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Date:  **June 26, 2025**

_____
UNITED STATES BANKRUPTCY JUDGE