## UNITED STATES BANKRUTPCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

**JASON ALLEN MARTIN.**　　　　　　　　　　　　**CASE NO. 25-11491-DJB**
　　**Debtor**　　　　　　　　　　　　　　　　　　　**CHAPTER 13**

_____/

### RESPONSE TO LSFII MASTER PARTICIPATON TRUST'S MOTION FOR RELIEF FROM AUTOMATIC STAY

Debtor, by and through the undersigned counsel, in response to the *Motion for Relief from Automatic Stay filed by LSFII Master Participation Trust* ("Motion"), and pursuant to the negative notice provision contained therein, hereby files this response. In response thereto, Debtor states as follows:

1.　Creditor filed a Motion for Relief from Automatic Stay on July 29, 2025 for non-payment of post-petition payments May 1, 2025 to July 1, 2025 in the amount of $2,522.11.

2.　Debtor has agreed to pay the post-petition payments through the Chapter 13 plan and a modified plan was filed on August 7, 2025.

3.　Debtor has advised that he will resume the continuing payments directly to the mortgage company beginning with his August 1, 2025 payment.

WHEREFORE, Debtor respectfully requests that the Court deny the Motion to Dismiss and grant the addition of post-petition payments to be added to the Chapter 13 plan and paid by the Chapter 13 Trustee and any other relief the Court deems to be just and proper.

　　　　　　　　　　　　　　　　　　　　　　**GINSBURG LAW GROUP, P.C.**

　　　　　　　　　　　　　　　　　　　　　　/s/ Amy Lynn Bennecoff Ginsburg
　　　　　　　　　　　　　　　　　　　　　　Amy Lynn Bennecoff Ginsburg, Esq.
　　　　　　　　　　　　　　　　　　　　　　653 W. Skippack Pike, Suite 300-71
　　　　　　　　　　　　　　　　　　　　　　Blue Bell, PA 19422
　　　　　　　　　　　　　　　　　　　　　　Phone: 855-978-6564
　　　　　　　　　　　　　　　　　　　　　　Fax: 855-777-0043
　　　　　　　　　　　　　　　　　　　　　　aginsburg@ginsburglawgroup.com
　　　　　　　　　　　　　　　　　　　　　　Attorney for Debtor

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on or before August 7, 2025, a true and correct copy of the foregoing was furnished via first-class mail and/or CM/ECF to:

| | | | |
|---|---|---|---|
| United States Trustee<br>900 Market Street, Suite 320<br>Philadelphia, PA 19107 | Kenneth E. West<br>Chapter 13 Trustee<br>190 N. Independence Mall W.<br>Suite 701<br>Philadelphia, PA 19106 | Jason Allen Martin<br>137 Whitehorse Drive<br>Honey Brook, PA 19344 | Matthew Fissel, Esq.<br>KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 |

See Rule 3007 for additional service requirements on the government or insured depository institutions

                                                    **GINSBURG LAW GROUP, P.C.**

                                                    /s/ Amy Lynn Bennecoff Ginsburg
Amy Lynn Bennecoff Ginsburg, Esq.
653 W. Skippack Pike, Suite 300-71
Blue Bell, PA 19422
Phone: 855-978-6564
Fax: 855-777-0043
aginsburg@ginsburglawgroup.com
Attorney for Debtor