*Form 237* (3/23)–doc 41

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Jason Allen Martin )  Case No. 25–11491–djb
   aka Jason Martin )
   aka Jason A. Martin )
    ) Chapter: 13
   Debtor(s). )
    )

## NOTICE

To Brandywine preserve HOA;

NOTICE is hereby given that:

Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that proof of claim #8–1 in the amount of $3,844 has been filed in your name by the Debtor on 8/7/25.

Date: August 8, 2025

For The Court

Timothy B. McGrath
Clerk of Court