L.B.F. 3007-1

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: JASON ALLEN MARTIN.: | : | Chapter 13 |
| | : | |
| Debtor | : | Bky. No. 25-11491 |

**NOTICE OF OBJECTION TO CLAIM AND HEARING DATE**

**Jason Allen Martin** has filed an objection to the proof of claim you filed in this bankruptcy case.

1. **Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one**. (**If you do not have an attorney, you may wish to consult an attorney**).

2. **If you do not want the court to change or eliminate your claim, you or your lawyer must attend the hearing on the objection,** scheduled to be held on 09/11/2025 at 11:00 a.m., in Courtroom 2, United States Bankruptcy Court (900 Market Street, Philadelphia, PA 19107) or via zoom at Zoomgov.com Meeting ID 161 0657 4791. If you or your attorney do not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim.

3. **If you intend to appear at the hearing** to contest the objection to your claim, **you must notify the person listed below at least 7 days before the hearing date**. If you do not notify the person listed below that you intend to appear, the Objector will be entitled to a postponement of the hearing.

Date: 08/12/2025

/s/Amy Lynn Bennecoff Ginsburg
Amy Lynn Bennecoff Ginsburg, Esq.
Ginsburg Law Group, P.C.
653 W. Skippack Pike, Suite 300-71
Blue Bell, PA 19422
P: (855) 978-6564
F: (855) 777-0043
E: efilings@ginsburglawgroup.com

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
JASON ALLEN MARTIN.

CASE NO. 25-11491
CHAPTER 13

Debtor(s).

_____

**OBJECTION TO CLAIM NO. 6-1 OF PORTFOLIO RECOVERY ASSOCIATES, LLC**

> **NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**
>
> If you object to the relief requested in this paper you must file a response with the Clerk of Court at **201 Penn Street, Suite 103, Reading, PA 19601** within 28 days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.
>
> If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.
>
> You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.

Debtor, by and through the undersigned counsel, pursuant to 11 U.S.C. § 502(b)(1), hereby objects to the Proof of Claim No. 6-1 filed by Portfolio Recovery Associates, LLC ("Creditor"). In support thereof, Debtor states as follows:

1. The Debtor filed a voluntary bankruptcy petition on April 16, 2025.

2. The §341 Meeting was held on/or about June 13, 2025.

3. Creditor filed a purported Proof of Claim (Claim No. 6-1) (the "Claim") in the amount of $5,824.05 for an unsecured debt on June 16, 2025.

4. Debtor objects to the Claim 6-1 because the claim is over the statute of limitations in violation of Pennsylvania statute 42 Pa. C.S. 5525(a) of the state's laws.

WHEREFORE, Debtor respectfully requests that the Court: (1) Sustain Debtor's Objection to the Claim No. 6-1 of Portfolio Recovery Associates, LLC; (2) disallow the Claim; and (3) grant any other such relief that the Court deems to be just and proper, including attorney's fees for bringing this objection.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on or before August 12, 2025 a true and correct copy of the foregoing was furnished via certified mail to:

Bankruptcy_info@prareceivables.com

PRA Receivables Management, LLC
c/o Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

GINSBURG LAW GROUP, P.C.

*/s/Amy Lynn Bennecoff Ginsburg*
Amy Lynn Bennecoff Ginsburg, Esq.
653 W. Skippack Pike, Suite 300-71
Blue Bell, PA 19402
Phone: (855) 978-6564
Fax: (855) 777-0043
Email: efilings@ginsburglawgroup.com