L.B.F. 3007-1


**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: JASON ALLEN MARTIN.: | Chapter  13 |
| : | |
| : | |
| Debtor      : | Bky. No. 25-11491 |


**NOTICE OF OBJECTION TO CLAIM AND HEARING DATE**


**Jason Allen Martin  has filed an objection to the proof of claim you filed in this bankruptcy case.**


1.    <u>**Your claim may be reduced, modified, or eliminated**</u>**.  You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult an attorney).**

2.    <u>**If you do not want the court to change or eliminate your claim, you or your lawyer must attend the hearing on the objection,**</u> scheduled to be held on 09/11/2025 at <u>11:00</u> a.m., in Courtroom 2, United States Bankruptcy Court (<u>900 Market Street, Philadelphia, PA 19107</u>) o r v i a z o o m at Z o o m g o v . c o m M e e t i n g I D 1 6 1 0 6 5 7  4 7 9 1 .  If you or your attorney do not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim.

3.    <u>**If you intend to appear at the hearing**</u> to contest the objection to your claim, <u>**you must notify the person listed below at least 7 days before the hearing date**</u>.  If you do not notify the person listed below that you intend to appear, the Objector will be entitled to a postponement of the hearing.


Date:<u> 08/12/2025</u>

/s/Amy Lynn Bennecoff Ginsburg
Amy Lynn Bennecoff Ginsburg, Esq.
Ginsburg Law Group, P.C.
653 W. Skippack Pike, Suite 300-71
Blue Bell, PA 19422
P: (855) 978-6564
F: (855) 777-0043
E: efilings@ginsburglawgroup.com