**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JASON ALLEN MARTIN,<br>Debtor.<br>_____ / | Case No. 25-11491<br>Chapter 13 |

## ORDER SUSTAINING OBJECTION TO
## CLAIM NO. 6-1 OF PORTFOLIO RECOVERY ASSOCIATES, LLC

THIS CASE came on for consideration upon Debtor's Objection to Claim No. 6-1 filed by Portfolio Recovery Associates, LLC, (EFC No. 43) (the "Objection"), The Court finds that the Objection was served on all interested parties with the Local Rule 9014.1 negative notice legend informing the parties of their opportunity to object within 28 days of the date of service. No party fled an objection within the time permitted. Accordingly, it is

**ORDERED:**

1. The Debtor's Objection to Claim No. 6-1 filed by Portfolio Recovery Associates, LLC, (EFC No. 43), is sustained.

2. The claim is disallowed.

###

*Attorney Amy Lynn Bennecoff Ginsburg is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and to file a proof of service within three days of entry of this order.*