*Form 236* (3/23)–doc 62 – 60

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Jason Allen Martin ) Case No. 25–11491–djb
   aka Jason Martin )
   aka Jason A. Martin )
   ) Chapter: 13
   Debtor(s). )
   )

## Fee Due Notice

Re:  Doc.# [60] Motion for Relief From Stay

The above document(s) were filed in this office. Please be advised that the filing fee has not been received as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court.

- ☐ Voluntary Petition
- ☐ Adversary Proceeding
- ☐ Filing Fee for Amendments
- ☐ Claims Transfer Fee
- ☑ Motion Filing Fee
- ☐ Notice of Appeal

Total:   $199.00

E–Filers, please submit the payment(s) as required by the court's standing order Misc. No. 15–3008mdc.

Non–e–filers, submit your Money Order made payable to Clerk, U.S. Bankruptcy Court by mail to:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

If the delinquency is not paid on or before December 2, 2025, this matter will be referred to the Chief Judge.

Date: November 25, 2025                             For The Court

                                                                   Mohung Wong
                                                                   Clerk of Court