**UNITED STATES BANKRUTPCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JASON ALLEN MARTIN.** | **CASE NO. 25-11491-DJB** |
| Debtor | **CHAPTER 13** |
| _____/ | |

**NOTICE OF APPLICATION OF**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES**

The undersigned counsel has filed an Application for Compensation and Reimbursement of Expenses on the foregoing pleading.

1. Counsel is entitled to the balance of the retainer fees as agreed by the retainer agreement.

2. The Disclosure of Attorney Compensation is attached to the Application of Compensation and Reimbursement of Expenses.

**WHEREFORE**, the undersigned counsel requests this Court to grant the Application for Compensation and Reimbursement of Expenses and for all other relief this Court deems appropriate.

                    **GINSBURG LAW GROUP, P.C.**

                    /s/ Amy Lynn Bennecoff Ginsburg
                    Amy Lynn Bennecoff Ginsburg, Esq.
                    653 W. Skippack Pike, Suite 300-71
                    Blue Bell, PA 19422
                    Phone: 855-978-6564
                    Fax: 855-777-0043
                    aginsburg@ginsburglawgroup.com
                    Attorney for Debtor

**L.B.F. 2016-3A**
**"Short Form" Application of Counsel for Debtor for Compensation and Reimbursement of Expenses in Chapter 13 Case**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: JASON ALLEN MARTIN | ) | Chapter 13 ) |
| | ) | |
| Debtor(s) | ) | Bky. No. ) 25-11491-DJB |

**APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Amy Lynn Bennecoff Ginsburg applies under § 330 of the Bankruptcy Code for an award of compensation and reimbursement of actual, necessary expenses and represents:

1. Applicant is counsel for the debtor.

2. The debtor filed a petition under chapter 13 of the Bankruptcy Code on *(date)*.

3. The debtor's annualized current monthly income as set forth on Form B22C is:

    ____above median (the amount on line 15 is not less than the amount on line 16).

    _X_ below median (the amount on line 15 is less than the amount on line 16).

4. All services rendered and expenses incurred for which compensation or reimbursement is requested were performed or incurred for or on behalf of the debtor, the services and expenses were actual and necessary, and the compensation requested for those services is reasonable.

5. Applicant requests an award of compensation of $1,801.00 for providing the following services: *(Description of Services)*

6. Applicant requests reimbursement of expenses in the amount of $0.00 for the following expenses: *(Description of Expenses)*

7. The debtor paid Applicant $3,012.00 prior to the filing of the petition.

8. A copy of the Applicant's disclosure of compensation pursuant to Fed. R. Bankr. P. 2016(b) is attached hereto as Exhibit "A."

9. None of the compensation paid to applicant will be shared with any person other than a member or regular associate of applicant's law firm unless 11 U.S.C. §504(c) applies.

WHEREFORE, Applicant requests an award of $1,801.00 in compensation and of $0.00 in reimbursement of actual, necessary expenses.

Date:12/03/2025

/s/Amy Lynn Bennecoff Ginsburg
Amy Lynn Bennecoff Ginsburg
Ginsburg Law Group, P.C.
653 W. Skippack Pike, Suite 300−71
Blue Bell, PA 19422
T: (855) 978-6564
F: (855) 777-0043
E: efilings@ginsburglawgroup.com

# United States Bankruptcy Court

Eastern District of Pennsylvania

In re  Jason Allen Martin

Case No. 25-11491

**Debtor**

Chapter 13

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

[✔] FLAT FEE

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 4,813.00

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . $ 3,012.00

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 1,801.00

[ ] RETAINER

    For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $ _____

    The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . . $ _____

    [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

    [✔] Debtor      [ ] Other (specify)

3. The source of compensation to be paid to me is:

    [ ] Debtor      [✔] Other (specify)  Balance to be paid by Trustee through Ch 13 plan payments

4. [✔] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    [ ] I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d. [Other provisions as needed]

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Services not included in the above quoted fees: Client agrees to pay Consumer Law Attorneys additional fees for other bankruptcy related work. Examples of such additional work include the following: (1) Any separate complaint or adversary proceeding, (2) any objection to discharge (3) any appeal.

# CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

04/16/2025

*Date*

/s/ Amy Ginsburg, BK

*Signature of Attorney*

Consumer Law Attorneys

*Name of law firm*

653 W. Skippack Pike
Suite 300-71
Blue Bell, PA 19422

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  JASON ALLEN MARTIN                         Chapter  13

             **Debtor**                                    Bky. No. 25-11491

                                           :

\* \* \* \* \* \*

**CERTIFICATION OF SERVICE**

    I, <u>Amy Lynn Bennecoff Ginsburg</u>, certify that on <u>12/04/2025,</u> I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Notice and Application for Compensation and Reimbursement of Expenses

    I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: <u>12/04//2025</u>

                                            GINSBURG LAW GROUP, P.C.

                                            <u>/s/Amy Lynn Bennecoff Ginsburg</u>
                                            Amy Lynn Bennecoff, Ginsburg
                                            Ginsburg Law Group, P.C.
                                            653 W. Skippack Pike, Suite 300-71
                                            Blue Bell, PA 19422
                                            Phone: (855) 978-6564
                                            Fax: (855) 777-0043
                                            Attorney for Debtor

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

**Capital One**
PO Box 85064
Glen Allen, VA 23058
Relationship of Party- Creditor
Via:        CM/ECF      1st Class Mail        Certified Mail        e-mail:
            Other:

**Capital One Auto**
3901 Dallas Pkwy
Plano, TX 75093
Relationship of Party - Creditor
Via:        CM/ECF      1st Class Mail        Certified Mail        e-mail:
            Other:

**Capital One Auto Finance**
3901 Dallas Pkwy
Plano, TX 75093
Relationship of Party - Creditor
Via:        CM/ECF      1st Class Mail        Certified Mail        e-mail:
            Other:

**Chrysler Capital**
PO Box 961272
Fort Worth, TX 76161
Relationship of Party - Creditor
Via:        CM/ECF      1st Class Mail        Certified Mail        e-mail:
            Other:

**Discover Bank**
PO Box 15316
Wilmington, DE 1985
Relationship of Party - Creditor
Via:        CM/ECF      1st Class Mail        Certified Mail        e-mail:
            Other:

**JCPenny/Master Card**
301 N Walnut St, Floor 09
Wilmington, DE 19801
Relationship of Party - Creditor
Via:        CM/ECF      1st Class Mail        Certified Mail        e-mail:
            Other:

**Jessica Maldonado**
137 Whitehorse Drive
Honey Brook, PA 19344
Relationship of Party - Creditor
Via:       CM/ECF        1st Class Mail        Certified Mail        e-mail:
           Other:

**Select Portfolio Servicing**
PO Box 65250
Salt Lake City, UT 84165
Relationship of Party - Creditor
Via:       CM/ECF        1st Class Mail        Certified Mail        e-mail:
           Other:

**Kenneth E. West**
Chapter 13 Standing Trustee
190 N. Independence Mall W, Suite 701
Philadelphia, PA 19106
Relationship of Party - Trustee
Via:       CM/ECF        1st Class Mail        Certified Mail        e-mail:
           Other:

**United States Trustee**
900 Market Street, Suite 320
Philadelphia, PA 19107
Relationship of Party – U.S. Trustee
Via:       CM/ECF        1st Class Mail        Certified Mail        e-mail:
           Other:

**Portfolio Recovery Associates, LLC**
PO Box 41067
Norfolk, VA 23541
Relationship of Party – Creditor
Via:       CM/ECF        1st Class Mail        Certified Mail        e-mail:
           Other: