United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 25-11491-djb
Jason Allen Martin  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 3
Date Rcvd: Dec 03, 2025 | Form ID: pdf900 | Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jason Allen Martin, 137 Whitehorse Drive, Honey Brook, PA 19344-1317 |
| 15037392 | + | Brandywine Preserves HOA, PO Box 72109, Philadelphia, PA 19372-0109 |
| 15073267 | + | Capital One Auto Finance, c/o Eliza Garifullina, Esq., 200 Eagle Road, Bldg 2, Suite 120, Wayne, PA 19087-3115 |
| 14998749 | + | JCPenny/Master Card, 301 N Walnut St, Floor 09, Wilmington, DE 19801-3971 |
| 14998750 | + | Jessica Maldonado, 137 Whitehorse Drive, Honey Brook, PA 19344-1317 |
| 14999497 | + | LSF 11 Master PArticipation Trust, C/O Denise Carlon, Esq., KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15013298 | + | Santander Consumer USA, C/O William E. Craig, Esquire, Eisenberg Gold & Agrawal, P.C., 1040 Kings Hwy N #200, Cherry Hill, NJ 08034-1925 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 04 2025 00:27:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 04 2025 00:27:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 04 2025 00:27:00 | Santander Consumer USA Inc. dba Chrysler Capital, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 04 2025 00:27:00 | Santander Consumer USA Inc. dba Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 14998744 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 04 2025 01:25:58 | Capital One, Po Box 85064, Glen Allen, VA 23058 |
| 14998745 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Dec 04 2025 00:40:00 | Capital One Auto, 3901 Dallas Pkwy, Plano, TX 75093-7864 |
| 14998746 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Dec 04 2025 01:25:58 | Capital One Auto Finance, 3901 Dallas Pkwy, Plano, TX 75093-7864 |
| 15001038 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 04 2025 00:37:53 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15023169 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 04 2025 01:25:58 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15011296 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 04 2025 00:37:40 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14998747 | ^ | MEBN | Dec 04 2025 00:17:55 | Chrysler Capital, PO Box 961272, Fort Worth, TX 76161-0272 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 03, 2025 | Form ID: pdf900 | Total Noticed: 25 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14998748 | | Email/Text: mrdiscen@discover.com | Dec 04 2025 00:27:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850 |
| 15012933 | | Email/Text: ECMCBKNotices@ecmc.org | Dec 04 2025 00:27:00 | ECMC, Post Office Box 16408, St. Paul, MN 55116-0408 |
| 15021784 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 04 2025 00:27:00 | LSF11 Master Participation Trust, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 15022684 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 04 2025 00:26:48 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 15011568 | | Email/Text: bnc-quantum@quantum3group.com | Dec 04 2025 00:27:00 | Quantum3 Group LLC as agent for, Katapult Group Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 15006254 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 04 2025 00:27:00 | Santander Consumer USA, Inc., d/b/a Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 14998751 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 04 2025 00:27:00 | Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 05, 2025            Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| AMY LYNN BENNECOFF GINSBURG | on behalf of Debtor Jason Allen Martin efilings@ginsburglawgroup.com ginsburglaw@ecf.courtdrive.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor LSF11 MASTER PARTICIPATION TRUST bkgroup@kmllawgroup.com |
| ELIZA GARIFULLINA | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. 200 Eagle Road, Bldg 2, Suite 120 Wayne, PA 19087 ANHSOrlans@InfoEx.com |
| JORDAN MATTHEW KATZ | on behalf of Creditor LSF11 MASTER PARTICIPATION TRUST jkatz@raslg.com |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 03, 2025 | Form ID: pdf900 | Total Noticed: 25 |

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

MATTHEW K. FISSEL
    on behalf of Creditor LSF11 MASTER PARTICIPATION TRUST bkgroup@kmllawgroup.com
    matthew.fissel@brockandscott.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital wcraig@egalawfirm.com
    mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Jason Allen Martin | : | Chapter 13 |
| | : | |
| Debtor | : | Bky. No. 25-11491 |

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Ken West, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Any wage orders previously entered are **VACATED**.

3. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

4. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within fourteen (14) days of the entry of this Order.

5. **Promptly after the expiration of the response period for any application authorized by Paragraph 4 above, Counsel for the Debtor shall file either**:

    (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed; or

    (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

6. If no Certification, as required above in Paragraph 5 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Date: December 3, 2025

_____
**DEREK J. BAKER**
**U.S. BANKRUPTCY JUDGE**