IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
JASON ALLEN MARTIN

CHAPTER 13
CASE NO. 25-11491
Judge Derek J. Baker
Related Document No. 65

**CERTIFICATION OF NO OBJECTION REGARDING
APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF FEES**

The undersigned hereby certifies that, as of the date hereof, no objections to Application for Compensation and Reimbursement of Fees or any other responsive pleading have been filed.

WHEREFORE, the undersigned attorney requests that the Application for Compensation and Reimbursement of Fees be granted and any and all other relief this Court deems necessary.

March 24, 2026

/s/Amy Lynn Bennecoff Ginsburg
Amy Lynn Bennecoff Ginsburg, Esq.
653 W. Skippack Pike, Suite 300-71
Blue Bell, PA 19422
P: (855) 978-6564
F: (855) 777-0043
E: efilings@ginsburglawgroup.com