**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

**JASON ALLEN MARTIN.,**                                          **Case No. 25-11491-DJB**
                                                                   **Chapter 13**

**Debtor.** [1]

_____/

**PROPOSED ORDER GRANTING APPLICATION**
**FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

AND NOW, upon consideration of the Application for Compensation and Reimbursement

of Expenses (Doc. 65) filed by the undersigned attorney of record.

It is hereby **ORDERED** that:

1. The balance of the retainer fee is $1,801.00 and the Chapter 13 Trustee is directed to remit

a check for $1,801.00 to the undersigned attorney of record.

Date:                                         _____

                                              Derek J. Baker
                                              Judge U.S. Bankruptcy Court

_____

[1] References to "Debtor" include and refer to both debtors in a case filed jointly by two individuals.